1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ROBERT WEHR,

       Plaintiff,

    v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

       Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 11-1907 JCG

**JUDGMENT**

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED** for the immediate calculation and payment of benefits in accordance with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: August 20, 2013

_____

Hon. Jay C. Gandhi
United States Magistrate Judge