1
2
3
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ROBERT WEHR,                          )   Case No. CV 11-1907 JCG
                                           )
12                 Plaintiff,              )
                                           )
13          v.                             )   **JUDGMENT**
                                           )
14   CAROLYN W. COLVIN, ACTING             )
     COMMISSIONER OF SOCIAL                )
15   SECURITY ADMINISTRATION,              )
                                           )
16                 Defendant.              )
                                           )
17   _____      )

18

19          IT IS ADJUDGED that the decision of the Commissioner of the Social

20   Security Administration is **REVERSED** and this matter **REMANDED** for the

21   immediate calculation and payment of benefits in accordance with the Court's

22   Memorandum Opinion and Order filed contemporaneously with the filing of this

23   Judgment.

24

25   DATED: August 20, 2013

26
                              _____
27                                      Hon. Jay C. Gandhi
                                     United States Magistrate Judge
28